**Order entered November 27, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00694-CV

**CLYDE R. PARKS, Appellant**

**V.**

**SCOTT A. SEYBOLD, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-10220**

## ORDER

We **GRANT** appellant's November 25, 2013 second motion for an extension of time to file a brief. Appellant shall file his brief on or before December 31, 2013. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
             JUSTICE